**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ELMER DARNELL ROBERSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil No. 13-1619** |
| | ) | |
| **CAROLYN W. COLVIN,** | ) | |
| **ACTING COMMISSIONER OF** | ) | |
| **SOCIAL SECURITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>ORDER</u>**

The above action seeks review of a decision by the Commissioner of Social Security denying plaintiff social security disability benefits. The Court's jurisdiction is limited to reviewing the administrative record to determine whether the decision is supported by substantial evidence in the record. Notwithstanding any other rule governing the procedure in civil cases, IT IS HEREBY ORDERED that:

1. Plaintiff shall serve and file a motion for summary judgment and brief supporting the plaintiff's petition for review by March 14, 2014.

2. Defendant shall serve and file a cross-motion for summary judgment and brief by April 14, 2014.

3. Plaintiff may serve and file a reply by May 5, 2014

4. The matter shall be deemed submitted, without hearing, on May 5, 2014, unless otherwise ordered by the Court.

5. No extensions of time will be permitted without order of the Court.

    s/Maurice B. Cohill, Jr.
Maurice B. Cohill, Jr.,
Senior United States District Court Judge

Date: February 18, 2014